IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEILA A. LAI , | ) | CV 08-00023 SOM-KSC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster | ) | |
| General; UNITED STATES | ) | |
| POSTAL SERVICE, AGENCY , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 5, 2008 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

Plaintiff must pay the filing fee no later than March 14, 2008, or this action may be automatically dismissed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc:all parties of record

Lai v. Potter, Civ. 08-00023 SOM/KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION